UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD DRAUGHON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 7:21-CV-101-D** |
| WILBURT SMITH, SOUTHERN ) | |
| TECHNOLOGY PROFESSIONAL ) | |
| CONSULTING SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 1], DISMISSES plaintiff's complaint [D.E. 4-1] 3-10, and DENIES defendants' request for attorney's fees [D.E. 3] 6-8.

**This Judgment Filed and Entered on October 21, 2021, and Copies To:**

L. Randolph Doffermyre, III          (via CM/ECF electronic notification)

Joseph P. McGuire                     (via CM/ECF electronic notification)

DATE:                                 PETER A. MOORE, JR., CLERK

October 21, 2021                      (By) /s/ Nicole Sellers

                                      Deputy Clerk